AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of: | |
|---|---|
| Records and information associated with the cellular telephone assigned call number (509) 379-8481, that are stored at premises controlled by T-Mobile, headquartered at 4 Sylvan Way; Parsippany, NY 07054. | Case No. 25-04495MB |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  December 29, 2025   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

*Camille D. Bibles*
Digitally signed by Camille D. Bibles
Date: 2025.12.15 16:10:23 -07'00'

Date and time issued: _____

*Judge's signature*

City and state: Flagstaff, Arizona        Honorable Camille D. Bibles, U.S. Magistrate Judge
                                         *Printed name and title*

| **Return** ||| 
|---|---|---|
| Case No.:<br>25-04495MB | Date and time warrant executed:<br>12/16/2025 9:00 am | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>SA Brandon Fitzpatrick |||
| Inventory of the property taken and name of any person(s) seized:<br><br>-Subsciber information for cellphone number 509-379-8481<br>-Call Detail Records with Towers for cellphone number 509-379-8481 |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/19/2025

BRANDON FITZPATRICK
*Digitally signed by BRANDON FITZPATRICK*
*Date: 2025.12.19 16:37:19 -07'00'*

*Executing officer's signature*

Brandon Fitzpatrick / FBI Special Agent

*Printed name and title*